UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BERNABE BASTIAN,**

      **Plaintiff,**

v.                                                  Case No.  6:22-cv-2205-CEM-LHP

**THE A. T. R. CORPORATION**
**and DAYTON A. BABCOCK,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice ("Motion," Doc. 13). The United States Magistrate Judge issued a Report and Recommendation (Doc. 17), recommending that the Motion be granted in part and denied in part. (*Id.* at 1, 8).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Doc. 13) is **GRANTED in part** and **DENIED in part**.

   a. The Settlement Agreement (Doc. 13-1) is **APPROVED** as it relates to Plaintiff and Defendant Dayton A. Babcock.

   b. The claims against Babcock are **DISMISSED with prejudice**.

   c. The Clerk is directed to terminate Babcock as a Defendant and to amend the case style accordingly.

   d. The Motion is otherwise **DENIED**.

3. On or before **March 10, 2023,** Plaintiff shall file a notice on the docket advising the Court as to the status of the claims against Defendant The A.T.R. Corporation.

**DONE** and **ORDERED** in Orlando, Florida on March 3, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party